

A CERTIFIED TRUE COPY
ATTEST
By Jakela Mells on Jun 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 18, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

C 09-1269 EDL
(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-322)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,548 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted

Jun 03, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED:
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)　　　　　　　　　　　　　　　　　MDL No. 875


### SCHEDULE CTO-322 - TAG-ALONG ACTIONS


**DIST.　DIV.　C.A. #　　　CASE CAPTION**

CALIFORNIA CENTRAL
　CAC　2　09-2275　　Lois Jean Conner, et al. v. Alfa Laval, Inc., et al.

CALIFORNIA NORTHERN
　CAN　3　09-1242　　Douglas Coughran, et al. v. United States of America
　CAN　3　09-1269　　Richard Close v. General Electric Co., et al.
　CAN　3　09-1271　　Edward Brazzi, et al. v. United States of America
　CAN　3　09-1322　　Sharon Woody, et al. v. General Electric Co., et al.
　CAN　3　09-1358　Bruce Arnold, et al. v. A.W. Chesterton Co., et al.
　CAN　3　09-1782　　Wiley Utterback v. Foster Wheeler LLC, et al.
　~~CAN　4　09-1456~~　　~~John Dobrocke, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~ **Vacated 6/1/09**
　CAN　4　09-2012　　Barbara Hulsen, et al. v. General Electric Co., et al.

DELAWARE
　DE　1　09-235　　Janice Happel, etc. v. Anchor Packing Co., et al.

FLORIDA SOUTHERN
　FLS　1　09-20578　　Laura Benjamin, etc v. A.W. Chesterton Co., et al.

LOUISIANA EASTERN
　LAE　2　09-3347　　Union Carbide Corp., et al. v. South African Marine Corp., Ltd., et al.

MASSACHUSETTS
　~~MA　1　09-10365~~　　~~Contrino A. Geraldine, etc. v. General Electric Co., et al.~~
　　　　　　　　　　　　　Opposed 5/29/09
　MA　1　09-10509　　Lynn Montero, etc. v. Viad Corp., et al.

MAINE
　ME　2　09-147　　Eleanor Hayes, et al. v. Metropolitian Life Insurance Co., et al.

MINNESOTA
　MN　0　09-829　　Charles Traxler v. Soo Line Railroad Co.

**MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)**

NORTH CAROLINA EASTERN
   NCE  7  09-29               Robert Owen Tallent, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA MIDDLE
   NCM 1  09-271             Monroe Steele, Jr., et al. v. Aqua-Chem, Inc., et al.
   NCM 1  09-273             James Robert Shumake, et al. v. Aqua-Chem, Inc., et al.
   NCM 1  09-274             Thomas Wayne Thompson, et al. v. Aqua-Chem, Inc., et al.
   NCM 1  09-275             Hoyle Jennings Ford, Jr., et al. v. Aqua-Chem, Inc., et al.
   NCM 1  09-282             Mark Grey Lawson, et al. v. Aqua-Chem, Inc., et al.
   NCM 1  09-284             Carl Eugene Dry, II, et al. v. Aqua-Chem, Inc., et al.
   NCM 1  09-325             Richard Ben Barber, Jr., et al. v. Aqua-Chem, Inc., et al.
   NCM 1  09-326             Brady Gray Reavis, et al. v. Aqua-Chem, Inc., et al.
   NCM 1  09-334             Florence P. Haynes, etc. v. A.W. Chesterton Co., et al.
   NCM 1  09-337             Steve Franklin Joyce, et al. v. Aqua-Chem, Inc., et al.
   NCM 1  09-341             David Dexter Allmon, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
   NCW 1  09-131             Donald Eugene King, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  09-132             Albert Wayne Lingerfelt, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  09-133             Buren Edward McSwain, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  09-135             William Hunter Miller, et al.v Aqua-Chem, Inc., et al.
   NCW 1  09-136             Larry Bryant Reynolds, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  09-137             Tony Lee Scruggs, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  09-139             Steve Wayne Sexton v. Aqua-Chem, Inc., et al.
   NCW 1  09-140             Donald McKenny Smith, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  09-141             Jimmy Dale Stone, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  09-142             Bobby Charles Brooks, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  09-143             Ronald Phifer Fink, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  09-144             Daniel Lee McCraw, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  09-147             Michael Phillip Rogers, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  09-148             Samuel Furman Sherrill, et al. v. Aqua-Chem. Inc., et al.
   NCW 1  09-149             Glen Phillip Karasiewicz, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  09-150             Darrell Bundy Wolfe, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  09-153             Bennie Ray Godwin, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  09-154             Timothy Leroy Heiskell, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  09-156             Rhonda T. Russell, etc. v. Aqua-Chem, Inc., et al.
   NCW 1  09-157             Fay H. Beckham, et al. v. CBS Corp., et al.
   NCW 1  09-167             Carl H. Krumroy, et al. v. Hobart Brothers Co., et al.
   NCW 1  09-171             Curtis James Nolen, Sr. v. Aqua-Chem, Inc., et al.
   NCW 1  09-176             Ricky Eugene Owens, et al. v. Aqua-Chem, Inc., et al.

## MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)

### NEW YORK EASTERN
| | | |
|---|---|---|
| NYE 1 | 05-2720 | William Hamilton, etc. v. A.W. Chesterton Co., et al. |

### OHIO NORTHERN
| | | |
|---|---|---|
| ~~OHN 1~~ | ~~09-10002~~ | ~~William Sillanpa v. Durabla Manufacturing Co.~~ Opposed 5/27/09 |
| OHN 1 | 09-10003 | Roger Willoughby v. A-C Product Liability Trust, et al. |
| OHN 1 | 09-10004 | Anthony R. Tomassetti v. A-C Product Liability Trust, et al. |
| OHN 1 | 09-10005 | Rodolfo M. Carramanzana v. A-C Product Liability Trust, et al. |
| OHN 1 | 09-10006 | Emilio G. Miranda v. A-C Product Liability Trust, et al. |
| OHN 1 | 09-10007 | Alfonso G. Amposta v. A-C Product Liability Trust, et al. |
| OHN 1 | 09-10008 | John L. Fischer v. A-C Product Liability Trust, et al. |
| OHN 1 | 09-10009 | Elvin E. Rudasill v. A-C Product Liability Trust, et al. |
| OHN 1 | 09-10010 | Philip J. Alesi, Sr. v. A-C Product Liability Trust, et al. |
| OHN 1 | 09-10011 | Roger A. Hornecker v. A-C Product Liability Trust, et al. |
| ~~OHN 1~~ | ~~09-10015~~ | ~~Ray Fellows v. Allied Glove Corp., et al.~~ Opposed 6/2/09 |

### RHODE ISLAND
| | | |
|---|---|---|
| RI 1 | 08-533 | Vickie Gasiorowski, et al. v. Buffalo Pumps, Inc., et al. |
| RI 1 | 09-194 | Duane Riemann, et al. v. Buffalo Pumps, Inc., et al. |

### SOUTH CAROLINA
| | | |
|---|---|---|
| SC 0 | 09-882 | Gerald Tinsley Mode, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 | 09-970 | Leroy Stroud, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 0 | 09-1040 | Wendell Alphonzo Norwood, et al. v. Aqua-Chem, Inc., et al. |
| SC 6 | 09-881 | Michael Homer Masters, et al. v. Aqua-Chem, Inc., et al. |
| SC 6 | 09-972 | Richard Caldwell Layton, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 | 09-884 | Knox Douglas Hambright v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-883 | William Chane Land, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-968 | Edward Robert Holden, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-969 | Ronnie Eugene Nix, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-973 | James David Hunt, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-974 | Wendell Scott Haynes v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-975 | Anthony Frank Gross, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-976 | Marshall Sheriff Buchanan, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-987 | Ray Wrenn Vassey, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-989 | Marion Grover Powell, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-993 | Ricky Joe Nelms, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-995 | Ronald Douglas Mauldin, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-1038 | David Earl Webb, et al. v. Aqua-Chem, Inc., et al. |

## MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)

TEXAS EASTERN
TXE  2  09-74          Joyce Bush, et al. v. Allis-Chalmers Product Liability Trust, et al.

VIRGINIA EASTERN
VAE  2  09-9521        Edward J. Otto v. American Standard, Inc., et al.
VAE  2  09-9522        Monroe v. American Standard, Inc., et al.
VAE  2  09-9523        Thomas F. Siminski v. American Standard, Inc., et al.
VAE  2  09-9524        Milton G. Snavely v. American Standard, Inc., et al.
VAE  2  09-9525        Monroe v. American Standard, Inc., et al.
VAE  2  09-9526        Monroe v. American Standard, Inc., et al.
VAE  2  09-9527        Steele v. American Standard, Inc., et al.
VAE  2  09-9528        William J. Adams v. American Standard, Inc., et al.
VAE  2  09-9529        Thomas R. Berkshire v. Berkshire, et al.
VAE  2  09-9530        Franklin D. Bess v. American Standard, Inc., et al.
VAE  2  09-9531        Ivan J. Garman v. American Standard, Inc., et al.
VAE  2  09-9532        Monroe v. American Standard, Inc., et al.
VAE  2  09-9533        Thomas E. Hutchins v. American Standard, Inc., et al.
VAE  2  09-9534        Francis M. Hendricks, et al. v. Certainteed Corp., et al.

WASHINGTON WESTERN
WAW  2  09-483         William Dennis v. Todd Shipyards Corp., et al.
WAW  3  09-5087        Pauline Leonard Thompson, etc. v. Foster Wheeler, LLC, et al.

*MICHAEL E. KUNZ*
*CLERK'S OFFICE*
*CLERK OF COURT*
*ROOM 2609*
*(267) 299-7018*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797


IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
         MDL 875
         CA-N Div. 3

Dear Clerk:

The enclosed certified copy of a Conditional Transfer Order (CTO-322) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the schedule. These case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

*Tom Dempsey*

Tom Dempsey
MDL Docketing Clerk


Enclosure