IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CLOSE,<br><br>        Plaintiff,<br><br>   v.<br><br>GENERAL ELECTRIC,<br><br>        Defendant. | Case No. 09-cv-01269 CRB (JCS/JSC)<br><br>**NOTICE OF SETTLEMENT PROCEEDINGS AND SETTLEMENT CONFERENCE ORDER** |

This document relates to the following cases:

3:11-cv-1646 CRB (JCS/JSC) Baker
3:11-cv-6156 CRB (JCS/JSC) Fanin
3:11-cv-3507 CRB (JCS/JSC) Gerecke
3:11-cv-4416 CRB (JCS/JSC) Giraudo
3:08-cv-1505 CRB (JCS/JSC) Henry
3:13-cv-4240 CRB (JCS/JSC) Lyman
3:07-cv-3399 CRB (JCS/JSC) McClain
3:11-cv-6708 CRB (JCS/JSC) Nord
3:11-cv-1031 CRB (JCS/JSC) Ramirez
3:10-cv-4713 CRB (JCS/JSC) Ricco
3:12-cv-0224 CRB (JCS/JSC) Jefferis
3:11-cv-6150 CRB (JCS/JSC) Swan
3:10-cv-3382 CRB (JCS/JSC) Taylor

3:11-cv-0577 CRB (JCS/JSC) Crawford
3:99-cv-3258 CRB (JCS/JSC) Marceline
3:11-cv-0986 CRB (JCS/JSC) Garcia
3:09-cv-3221 CRB (JCS/JSC) Schlimmer
3:09-cv-3186 CRB (JCS/JSC) Jackson
3:09-cv-2711 CRB (JCS/JSC) Gleason
3:09-cv-5649 CRB (JCS/JSC) Spilmon
3:09-cv-4605 CRB (JCS/JSC) Jones
3:08-cv-0231 CRB (JCS/JSC) Farris
3:08-cv-4490 CRB (JCS/JSC) Robertson
3:09-cv-4842 CRB (JCS/JSC) Weaver
3:11-cv-4475 CRB (JCS/JSC) Royal
3:11-cv-5154 CRB (JCS/JSC) Young
3:10-cv-0406 CRB (JCS/JSC) Aikens

TO ALL PARTIES (EXCEPT GENERAL ELECTRIC) AND COUNSEL OF RECORD:

The above matters were referred to Magistrate Judge Joseph C. Spero and Magistrate Judge Jacqueline Scott Corley for settlement purposes.

The parties in each of the above cases are ordered to do the following:

1. Plaintiff(s) shall make a demand in writing for settlement to each defendant.

2. Each defendant shall respond in writing to Plaintiff's demand.

3. Following the exchange of offers and counteroffers, the parties shall negotiate in a good faith attempt to resolve the claims without further court intervention.

4. If the case is not resolved by the negotiations, each party in each case shall prepare Settlement Conference Statements which must be LODGED with Judge Spero's Chambers and Judge Corley's Chambers (NOT electronically filed) on or before **November 18, 2013**. Please 3-hole punch the document at the left side.

Each party shall also submit their Settlement Conference Statement in .pdf format and email their statement to JCSPO@cand.uscourts.gov and to JSCPO@cand.uscourts.gov.

5. The Court will hold an in person settlement conference with Plaintiff's counsel only on **November 20, 2013 at 4:00 p.m**. in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

2

**IT IS SO ORDERED.**

Dated:  October 11, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE